```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                     CHARLOTTE DIVISION
                       3:07CV88-MU-02
```

```
WILLIAM DUNCAN,                 )
     Plaintiff,                 )
                                )
       v.                       )         O R D E R
                                )
H.L. JACKSON, Administrator at  )
  The Brown Creek Correction-   )
  tional Institution, et. al., )
     Defendants,                )
_____ )
```

**THIS MATTER** comes before the Court on the plaintiff's "Motion [T]o Dismiss Order Requiring Initial Partial Payment And Directing ACI To Transmit Payment," filed May 8, 2007.

By the plaintiff's Motion, he correctly reports that he paid a civil filing fee of $350.00 on February 21, 2007 at the same time that filed his civil rights Complaint. However, due to an apparent oversight, on February 27, 2007, an Order was filed by the Clerk of Court, requesting a certified copy of the plaintiff's inmate trust account statement. Then, on May 3, 2007, the Clerk directed that periodic payments be withdrawn from the plaintiff's account in order to satisfy the $350.00 filing fee. The plaintiff reports that so far, $20.00 has been retrieved from his account in compliance with the Clerk's Order.

Consequently, inasmuch as the plaintiff already has paid the

entire filing fee, and the Clerk's Order was entered in error, the Court will grant the plaintiff's Motion as hereafter set forth.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. The Clerk's Order of May 3, 2007 is **VACATED**;

2. The Clerk shall refund any amounts which were withdrawn from the plaintiff's inmate trust account and remitted through ACI; and

3. ACI shall not make any additional withdrawals from the plaintiff's account for the purpose of paying the $350.00 filing fee for this action.

**SO ORDERED.**

Signed: May 22, 2007

Graham C. Mullen
United States District Judge